IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GLASSTECH HOLDING CO., | ) | Case No. 02-10281 (MFW) |
| | ) | |
| Debtor | ) | |
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| GLASSTECH, INC. | ) | Case No. 02-10282 (MFW) |
| | ) | |
| Debtor. | ) | |

Related Docket No. 3

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES
PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1**

Upon the application dated January 30, 2002 (the "Application") of Glasstech Holding Co., and its wholly-owned subsidiary and affiliate, Glasstech, Inc., debtors and debtors-in-possession (collectively, the "Debtors"), for an order under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules for the United States Bankruptcy Court for the district of Delaware to jointly administer their respective chapter 11 cases; and the Court having considered the Application and the Affidavit of Diane S. Tymiak, CFO, in Support of Chapter 11 Petitions and First Day Motions; the Court having determined that joint administration of these chapter 11 cases is in the best interests of Debtors their respective estates, creditors and shareholders; and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application be, and it hereby is, GRANTED.

2. The above captioned Chapter 11 cases shall be jointly administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re | ) | Chapter 11 |
|---|---|---|
| | ) | |
| GLASSTECH HOLDING CO., | ) | |
| | ) | Case No. 02-10281 (MFW) |
| and | ) | (Jointly Administered) |
| | ) | |
| GLASSTECH, INC. | ) | |
| | ) | |
| Debtors. | ) | |

4. A docket entry shall be made in each of Debtors' cases substantially as follows:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in case no. 02-10281 (MFW) should be consulted for all matters affecting this case.

Dated Jan. 31, 2002

_____
Judge