# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLASSTECH HOLDING CO., | ) | Case No. 02-10281 (MFW) |
| AND GLASSTECH, INC., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF APPEARANCE

Pursuant to Bankruptcy Rules 2002 and 9010(b) and Section 1109(b) of the Bankruptcy Code, the following counsel enter their appearance as co-counsel to the Ad Hoc Committee of Holders of the 12 ¾ percent Notes of Glasstech, Inc., and request that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

All motions, pleadings, notices, applications and other papers should be served upon:

> Brendan Linehan Shannon, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building – 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE 19899-0391
> Fax - (302) 571-1253
> Telephone - (302) 571-6600
> E-Mail - bshannon@ycst.com

> - and -

WILMER CUTLER & PICKERING
Andrew Goldman
Jorian Rose
520 Madison Avenue
New York, NY 10022
Telephone - (212) 230-8839
Fax – (212) 230-8888
E-Mail – agoldman@wilmer.com

Dated: Wilmington, Delaware
February 1, 2002

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Brendan Linehan Shannon (No. 3136)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone - (302) 571-6600
Fax – (302) 571-1253
E-Mail – bshannon@ycst.com

- and -

WILMER CUTLER & PICKERING
Andrew Goldman
Jorian Rose
590 Madison Avenue
New York, NY 10022
Telephone - (212) 230-8839
Fax – (212) 230-8888
E-Mail – agoldman@wilmer.com

WP3:729480.1