Form B6
(6/90)

# United States Bankruptcy Court
# District of Delaware

In re **Glasstech Holding Co.**

Case No: **02-10281 (MFW)**

Chapter **11**

## SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | 0 | | |
| B - Personal Property | YES | 3 | 12,525,388 | | |
| C - Property cued as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | 0 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | 667,429 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | 0 |
| J - Current Expenditures of Individual Debtor(S) | NO | 0 | | | 0 |
| Total Number of sheets in ALL Schedules ➢ | | 4 | | | |
| | | Total Assets ➢ | $ 12,525,388 | | |
| | | | Total Liabilities ➢ | $ 667,429 | |

31596-001\DOCS_DE:41995.1
03/04/02 3:31 PM

## STATEMENT REGARDING SCHEDULES

PLEASE TAKE NOTICE that the Debtor has made every effort to prepare complete and accurate schedules. Nonetheless, because of the magnitude and complexity of the task, errors may have occurred. Therefore, the Debtor reserves the right to challenge the amount and classification of each and every claim or item listed in these schedules.

FORM B6B

(10/89)

In re **Glasstech Holding Co.**
      Debtor

Case No. **02-10281 (MFW)**
      (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, records, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Investment in Glasstech, Inc. -- Book Value** | | 11,722,000 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re __Glasstech Holding Co.__  Case No. __02-10281 (MFW)__
      Debtor                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | | **Accounts Receivable from Executive Management** | | 803,388 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

| | | | | |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |

FORM B6B

(10/89)

In re __Glasstech Holding Co.__  Case No. __02-10281 (MFW)__
      Debtor       (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

    __4__ continuation sheets attached      Total      $      12,525,388

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6F (Official Form 6F) - (9/97)

In re **Glasstech Holding Co.**
Debtor

Case No. **02-10281 (MFW)**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriorty claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Glasstech, Inc.<br>Ampoint Industrial Park<br>1135 Fourth Street<br>Perrysburg, OH 43551 | | NONE | various dates | | | | 667,429 |

0 Continuation sheets attached

Subtotal $667,429

Total $667,429

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re
GLASSTECH HOLDING CO.

Case No. 02-10281 (MFW)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF
### OF A CORPORATION OR PARTNERHSHIP

I, the Controller of the corporation, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date: March 4, 2002

Signature: _____
Larry P. Cryan, Controller

[As individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*